Norman Carroll, Appellee, v. A. Goldstein, Appellant.

Gen. No. 23,643.   (Not to be reported in full.)

Appeal from the County Court of Cook county;. the Hon. DAVID
T. SMILEY, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1917. Affirmed. Opinion filed May 15, 1918.

### Statement of the Case.

Action by Norman Carroll, plaintiff, against A.
Goldstein, defendant, to recover damages for a breach
of a contract to purchase certain real estate. From a
judgment for plaintiff for $437.50, defendant appeals.

BERNARD J. BROWN, for appellant.

MONTGOMERY, HART & SMITH, for appellee.

MR. PRESIDING JUSTICE TAYLOR delivered the opinion
of the court.

### Abstract of the Decision.

1.  BROKERS, § 105*—*when property owner is bound to purchase
property of another through latter's agent.* Where a property
owner states to a real estate agent that he will purchase certain
property at a specified price which is held for sale by the latter if
the latter will procure the sale of the former's property, there
is an offer in the nature of a continuing offer on such property
owner's part, and, if the offer is not previously withdrawn, the
moment the agent furnishes the consideration by rendering serv-
ices resulting in the sale of the owner's property, there comes
into existence a unilateral contract, executed on the agent's part
and binding the owner to purchase the property held by the agent.

2.  FRAUDS, STATUTE OF, § 130*—*when defense of may not first
be raised.* Where the Statute of Frauds is not mentioned as a
defense in the affidavit of merits below, it cannot be considered in
the Appellate Court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.